UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(FLORENCE DIVISION)

| | |
|---|---|
| DOWNWIND TRADING COMPANY, INC., d/b/a DAMON'S GRILL, a South Carolina corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　　Defendant. | Civil Action No.: 4:22-cv-00889-SAL<br><br><br><br>**MOTION IN SUPPORT OF PRO HAC VICE APPLICATION** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Nicholas Daly** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

　　☒　Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

　　☐　Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
　　　　_____
　　　　_____

　　☐　No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Gordon Rees Scully Mansukhani, LLP | Susan Taylor Wall |
| Firm Name | Name of Local Counsel |
| 40 Calhoun Street, Suite 350 | *s/ Susan Taylor Wall* |
| Street Address or Post Office Box | Signature of Local Counsel |
| Charleston, South Carolina 29401 | Local Counsel for the Defendant |
| City, State, Zip Code | |
| 843-714-2506 | District of South Carolina |
| Telephone Number | Federal Bar Number　　04502 |
| swall@grsm.com | |
| E-Mail Address | revised 09/19/05 |