IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DOWNWIND TRADING COMPANY, INC., d/b/a DAMON'S GRILL, a South Carolina corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana Corporation,<br><br>　　　　　　Defendant. | Civil Action No.: 4:22-cv-00889-SAL<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff, Downwind Trading Company, Inc, d/b/a Damon's Grill ("Downwind"), and Defendant, Federal Insurance Company ("Federal"), by and through their respective undersigned counsel, and being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed, with prejudice, each party to bear their own costs, expenses, and attorney's fees.



SIGNATURE PAGE FOLLOWS

1

Respectfully submitted,

| GORDON & REES LLP | WILLOUGHBY & HOEFER, P.A. |
|---|---|
| By: s/Kerry K. Jardine | By: s/Andrew J. D'Antoni |
| Date: August 18, 2023 | Date: August 18, 2023 |
| Kerry K. Jardine, Fed. ID No. 119211<br>40 Calhoun Street, Suite 350<br>Charleston, SC 29401<br>(843) 278-5900<br>kjardine@grsm.com | Mitchell Willoughby, Fed. ID No. 04702<br>Andrew J. D'Antoni, Fed. ID No. 13700<br>930 Richland Street<br>Post Office Box 8416<br>Columbia, SC 29202<br>(803) 252-3300<br>mwilloughby@willoughbyhoefer.com<br>adantoni@willoughbyhoefer.com |
| *Attorney for Federal Insurance Company* | *Attorneys for Plaintiff Downwind Trading Company, Inc.* |